1  Basil E. Adham (*Pro Hac Vice*)
2  ivc@johnsonlawgroup.com
   **JOHNSON LAW GROUP**
3  2925 Richmond Avenue, Suite 1700
4  Houston, TX 77098
   Telephone: (713) 626-9336
5  Facsimile: (713) 626-3394

6
   Attorney for Plaintiff
7  RUMELL GERARD LEE

8
   Daniell K. Newman (SBN 242834)
9  newmandk@gtlaw.com
   **GREENBERG TRAURIG, LLP**
10 1840 Century Park East, Suite 1900
11 Los Angeles, California 90067
   Telephone: (310) 586-7700
12 Facsimile: (310) 586-7800

13

14 Attorney for Defendants
   C. R. BARD, INC. and BARD PERIPHERAL
15 VASCULAR, INC.

16

17              **UNITED STATES DISTRICT COURT**

18          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

19

20 RUMELL GERARD LEE,                    CASE NO.  2:21-cv-01771-SAB-PVC

21       Plaintiff,                      **JOINT STIPULATION OF
                                         DISMISSAL OF ALL CLAIMS WITH
22 v.                                    PREJUDICE**

23 C. R. BARD, INC. and BARD
   PERIPHERAL VASCULAR, INC.,            Complaint Filed:    February 19, 2019
24                                       Transfer Date:      February 25, 2021
         Defendants.
25

26

27                                       Assigned to Hon. Stanley A. Bastian for
                                         pretrial purposes
28

                              1

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff Rumell Gerard Lee's claims in the above-captioned matter be dismissed with prejudice, each party to bear its own costs and attorneys' fees.  This stipulation dismisses all of Rumell Gerard Lee's claims against all parties in the above-captioned action.

DATED:  April 16, 2021           GREENBERG TRAURIG, LLP

By: */s/ Daniell K. Newman*
     Daniell K. Newman

Attorney for Defendants
C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.

DATED:  April 16, 2021           JOHNSON LAW GROUP

By:  */s/ Basil E. Adham*
     Basil E. Adham

Attorney for Plaintiff
RUMELL GERARD LEE

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Basil E. Adham, on whose behalf this filing is jointly submitted, has concurred in this filing's content and has authorized me to file this document.

*/s/ Daniell K. Newman*
Daniell K. Newman

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE