UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUMELL GERARD LEE,<br><br>　　Plaintiff,<br><br>　　v.<br><br>C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC.,<br><br>　　Defendants. | No. 2:21-cv-01771-SAB-PVCx<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE**<br><br>[ECF NO. 17] |

　　Before the Court is the parties' Joint Stipulation of Dismissal of All Claims With Prejudice. ECF No. 17. The parties ask the Court, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismiss the above-captioned case with prejudice, with each party to bear its own costs and attorneys fees.

//
//
//
//
//
//
//
//
//

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Joint Stipulation of Dismissal of All Claims With Prejudice. ECF No. 17, is **accepted**.

2. The above-captioned case is **DISMISSED** with prejudice, with each party to bear its own costs and attorneys fees.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 19th day of April 2021.

_____
Stanley A. Bastian
United States District Court

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE ~ 2**